# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

ODELL BUSH,

    Petitioner,

v.                                     CASE NO. 4:04cv399-RH/WCS

JAMES CROSBY,

    Respondent.

_____/

## ORDER DENYING PETITION

This matter is before the court on the magistrate judge's report and recommendation (document 14), and petitioner's objections thereto (document 15). I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The petition challenging petitioner's conviction for attempted first degree murder with a firearm, retaliating against a witness with a firearm, shooting into an occupied vehicle, and possession of a firearm by a convicted felon in the Circuit Court, Second Judicial Circuit, Leon County, Florida, case number 97-335-

*Page 2 of 2*

CFA, is DENIED with prejudice. The clerk shall enter judgment accordingly and close the file.

    SO ORDERED this 19th day of October, 2005.

<u>s/Robert L. Hinkle</u>
Chief United States District Judge

*Case No: 4:04cv399-RH/WCS*